**Below is the Order of the Court.**

*Brian D. Lynch*
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

Re

**RONALD L. HUFF**
**DARLENE K. HUFF**
        Debtor(s)

**In Chapter 13 Proceeding**
**No. 11-49036-BDL**

**ORDER AVOIDING**
**JUDGMENT LIEN(S)**

___

It is ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as 8717 Lenox Ave SW, Lakewood, WA 98498 as long as the Debtors receive a discharge in this case:

(A)    Discover Bank v. Darlene Huff, Pierce County Superior Court, State of Washington, Judgment No. 11-9-01586-7 filed 2/7/2011 with an original case number of 11-2-06180-4 in the amount of $5,116.17.

(B)    Chase Bank USA NA vs. Darlene Huff, Pierce County Superior Court, State of Washington, Judgment No. 10-9-05042-7 filed 4/23/2010 with an original case number of 10-2-07185-2 in the amount of $36,145.52.

/// end of order ///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)